UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONCHITA M. GARCIA<br>ANTONIO L. GARCIA<br>12819 Evanston St.<br>Rockville, MD 20853<br><br>        PLAINTIFFS<br>    v.<br><br>MICHAEL CHERTOFF, SECRETARY,<br>DEPARTMENT OF HOMELAND<br>    SECURITY,<br>WASHINGTON, DC 20528,<br><br>RICHARD CATERISANO<br>DISTRICT DIRECTOR, USCIS<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201,<br><br>PHYLLIS HOWARD<br>DISTRICT DIRECTOR, USCIS<br>2675 Prosperity Avenue<br>Faifax, VA 22031<br><br>        DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PETITION FOR A WRIT OF MANDAMUS, DECLARATORY JUDGMENT, AND INJUNCTIVE RELIEF FOR WITHHOLDING OF FORM I-551 ALIEN REGISTRATION RECEIPT CARD (GREENCARD)**

I.   **PRELIMINARY STATEMENTS**

1.   On November 6, 2003, Plaintiffs had their interview for permanent resident status through a labor certification and they had their passports stamped as approved for permanent residency. After waiting for two and a half years, Plaintiffs never received

1

their permanent residency cards (greencards) despite numerous follow-ups done at the United States Citizenship and Immigration Services (USCIS). The following are the events leading to this action for mandamus relief:

## I. JURISDICTION

2. This Court has subject matter jurisdiction over questions of federal law pursuant to 28 U.S.C. § 1331. This Court has authority to render a declaratory judgment pursuant to 28 U.S.C. §§ 2201, 2202; and Rule 57 of the Federal Rules of Civil Procedure (F.R.C.P.) Moreover, this Court is authorized to issue Orders of Mandamus pursuant to 28 U.S.C. 1361 and the Administrative Procedure Act (APA), 5 U.S.C. § 706, et seq.

## II. VENUE

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 (e), in that this is an action against officers and agencies of the United States in their official capacity brought in the District where the Defendants have their principal place of business.

4. Venue is proper because this District is where a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred.

## III. EXHAUSTION OF REMEDIES

5. Plaintiffs have exhausted all administrative remedies to the extent required by law. Plaintiffs have made numerous inquiries concerning the status of their greencards and have provided all information requested. Moreover, Plaintiffs have been approved for greencards since 2003 and are simply waiting for their actual greencards. It has been over

two years and their greencards have not arrived in the mail despite numerous inquiries made by the Plaintiffs to USCIS.

## IV. PARTIES

6. Conchita Garcia and her husband Antonio Garcia are citizens and natives of the Philippines. They reside at 12819 Evanston Street, Rockville, MD 20853. Mrs. Garcia works as a housekeeper for Ambassador Joseph Gildenhorn's wife, Alma Gildenhorn.

7. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security and is charged with the administration and enforcement of the Immigration and Nationality Act (INA) and all laws relating to immigration and naturalization.

8. Richard Caterisano is the District Director of US Citizenship and Immigration Services (USCIS) in Baltimore with offices located at 31 Hopkins Plaza, Baltimore, MD 21201. He is charged with responsibilities, operations, policies and authority in the administration of USCIS and the INA.

9. Phyllis Howard is the District Director of USCIS with the office located at 2675 Prosperity Avenue, Fairfax, VA 22031. She is charged with responsibilities, operations, policies and authority in the administration of USCIS and the INA.

## V. STATEMENT OF FACTS

10. In December of 2004, a year after Plaintiffs got their passports stamped for their adjustment of status, they made an appointment at the Baltimore USCIS to inquire about the status of their greencards. At that time, Plaintiffs were advised that USCIS would not re-stamp their passports or provide other documentation of status because USCIS did not have Plaintiffs' files. USCIS also stated that they would obtain the files from the

Arlington office (now in Dunn Loring, VA, at 2675 Prosperity Avenue) and call them within 30 days. Thirty days passed without a call from the USCIS. Again, Plaintiffs did not obtain their greencards.

11.  Plaintiff Conchita Garcia obtained her labor certification on February 4, 2000 (Exhibit 1) through her employers, former Ambassador and Mrs. Joseph Gildenhorn, who filed for labor certification on her behalf.

12.  Plaintiff Conchita Garcia obtained approval of her Immigrant Petition for Alien Relative (I-140) on August 28, 2000 (Exhibit 2).

13.  On February 15, 2005, an Info pass appointment (Exhibit 3) was issued to the Plaintiffs. An Info Pass appointment is made by going to the USCIS website and scheduling an appointment with the USCIS in order to talk to an immigration officer/staff for whatever immigration purpose the alien needs. Plaintiffs were advised that their **petitions** were denied by the Vermont Service Center in September 2004 and that they would be receiving a letter. **Please note that <u>adjustment for permanent residency was already granted in 2003. Plaintiffs were just waiting for their greencards</u>.**

14.  On March 31, 2005, two other Info Pass appointments were made in Baltimore and Fairfax offices (Exhibit 4). Again, no greencard was obtained. The Plaintiffs were asked to have their photographs taken.

15.  On May 20, 2005, another InfoPass appointment was made by the Plaintiffs in the USCIS Baltimore Office (Exhibit 5) to inquire about the status of their greencards. Plaintiffs were told that they had to wait. USCIS did not tell the Plaintiffs how long they would have to wait.

16. On October 17, 2005, another Info Pass appointment was made and Plaintiffs were told to go to the Vermont Service Center for biometrics (Exhibit 6). Since Plaintiffs live in Maryland, their former attorney requested to have the Plaintiffs' biometrics done at a local office.

17. On November 7, 2005, another Info Pass appointment was made for the Plaintiffs to go to the USCIS Baltimore Office to inquire about the status of their greencards. Again, no greencards were obtained. (Exhibit 7)

18. On January 23, 2006, a status inquiry (Inquiry About Status of I-551 Alien Registration Card – Form G 73IV) was sent to USCIS, Vermont Service Center (Exhibit 8). As of this date, no response has been received from the USCIS in Vermont Service Center.

19. On March 1, 2006, a call was made by the Plaintiffs' lawyer's office to the USCIS general telephone number (1-800-375-5283). Agent No. 8160 was given all the information that she asked for, and she was told that the Plaintiffs' greencards have not yet been received even though the adjustment of status occurred on November 6, 2003. After a lengthy conversation where the Plaintiffs' counsel's legal assistant, Lisa Lacerona, gave her all the information needed, Agent No. 8160 said to wait for three to four weeks and that if they have not yet received the greencards by that time, to call USCIS again.

20. After three weeks, on March 27, 2006, another call was made to the USCIS 1-800-375-5283 number by the Plaintiff's lawyer's legal assistant, Lisa, to follow up on the Plaintiffs' greencards. Agent No. 4059 (Destiny) said that she would not be able to

submit anything until after the end of the month of March 2006. She then told Lisa to call again the USCIS at the end of March 2006.

21.    On April 4, 2005, another call was made by Lisa to the USCIS 1800 number to follow-up again on the status of the Plaintiffs' greencards. After some preliminary questions, this time, Agent No. 7344 (Allison) recommended that Lisa should talk to an Immigration Officer, and she put the phone on hold for a long time to be transferred to an Immigration Officer. After waiting for almost 15 minutes, Lisa was able to talk to an Immigration Officer named Officer Donato. After a few minutes of investigation, Officer Donato informed Lisa that the Plaintiffs should get another Info Pass appointment and talk to a supervisor. The supervisor will tell the Plaintiffs why it has been taking so long. When Lisa informed that several Info Pass appointments were made to the USCIS for the past two years inquiring about the status of the greencard, Officer Donato said that the Plaintiffs have no choice but to wait. When asked how long they would have to wait, Officer Donato said that he could not tell, and that there is no time limit. *All he repeatedly said was "they have to wait."*

22.    As of the date of the complaint, the USCIS still has not responded to the repeated follow-ups made by the Plaintiffs in an effort to obtain their greencards. USCIS's failure to respond for almost two and a half years is without justification.

## VII.    CONCLUSION

WHEREFORE, Plaintiffs pray that this Court:

(1) Issue a declaratory judgment declaring that USCIS's failure to respond for two and half-years to a request for greencards is an abuse of discretion;

(2) Issue an order to the Defendants to produce the greencards and give them to the Plaintiffs;

(3) Award Plaintiffs attorney's fees and court costs; and

(4) Grant Plaintiffs such other relief as may be just and proper.

Respectfully submitted,

_____
Paul S. Allen
DC Bar No. 167940
Paul Shearman Allen & Associates
1329 18th St. NW
Washington, DC 20036
Ph. 202-638-2777
Fax. 202-638-1677

## CERTIFICATE OF SERVICE

I, Paul S. Allen, certify that a copy of the foregoing Complaint for Mandamus has been mailed on _____4/7/06_____ by certified mail, first class postage prepaid to:

Alberto Gonzales
United States Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530

United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

_____
Paul S. Allen
DC Bar No. 167940
Paul Shearman Allen & Associates
1329 18th St. NW
Washington, DC 20036
Ph. 202-638-2777
Fax. 202-638-1677

**U.S. DEPARTMENT OF LABOR**
**EMPLOYMENT AND TRAINING ADMINISTRATION**
P.O. Box 8796
Philadelphia, Pennsylvania 19101



**FINAL DETERMINATION**

P2000-DC-03329357

February 4, 2000

In reply refer to: REP

<u>Conchita GARCIA</u>
Alien's name

<u>Cook</u>
Alien's Occupation

GILDENHORN, Joseph Mrs.
c/o Mary Sue Donovan
Law Offices of Robert M. Price
Suite 500
1915 Eye Street, N.W.
Washington, DC 20006-2107

<u>October 29, 1999</u>
Date of acceptance for processing

The Department of Labor has made a determination on your Application for Employment Certification pursuant to Title 20, Code of Federal Regulations, Part 656 and as required by the Immigration and Nationality Act, as amended.

<u>Form ETA 750</u> **has been certified** and is enclosed. This certification must be attached to the I-140 petition and filed with the Immigration and Naturalization Service, U.S. Department of Justice, Eastern Service Center, 75 Lower Welden Street, St. Albans, Vermont 05479-0001.

Sincerely,

Richard E. Panati
Certifying Officer

cc:  State ES Agency - DC
     GILDENHORN, Joseph Mrs.
     Conchita GARCIA

Attachments: ETA 750A, ETA 750B

ETA 7145PA(REV.MAR.,1990)

**U.S. Department of Justice**
**Immigration and Naturalization Service**

# Notice of Action

**THE UNITED STATES OF AMERICA**

| | |
|---|---|
| RECEIPT NUMBER<br>EAC-00-124-50312 | CASE TYPE   I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
| RECEIPT DATE<br>March 20, 2000 | PRIORITY DATE<br>October 29, 1999 | PETITIONER<br>GILDENHORN, ALMA |
| NOTICE DATE<br>August 28, 2000 | PAGE<br>1 of 1 | BENEFICIARY<br>GARCIA, CONCHITA |

MARY S. DONAVAN
LAW OFFICES OF ROBERT M PRICE
1915 EYE STREET NW #500
WASHINGTON DC 20006

Notice Type: Approval Notice
Section: Skilled Worker or Professional,
Sec.203(b)(3)(A)(i) or (ii)

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State Regional Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

8/31/00

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283



Form I797 (Rev. 09/07/93)N

Exhibit 2



**INFOPASS** — Your e-Ticket to Immigration Information

[Click here to print this screen]

*Balt ZIP 21201*

| | |
|---|---|
| Name: | Conchita Manto Garcia |
| Appointment Type: | EAD |
| Confirmation No.: | BAL-05-5586 |
| Appointment Date: | February 15, 2005 |
| Authentication Code: | 5a40 |
| Appointment Time: | 8:00 AM |
| Location: | FALLON FEDERAL BUILDING, 31 HOPKINS PLAZA, Baltimore, MD 21201; ROOM 101 |

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.

This is your Confirmation Number:

\*BAL-05-5586\*

If you wish to cancel this appointment, you will need the following Personal Identification Number:
*19469*

Thank you for using InfoPass
Return to USCIS On-Line

2/2/2005

InfoPass



Exhibit 4



Name: **Conchita Garcia**
Appointment Type: **Approval Notices**
Confirmation No.: **WAS-05-8314**
Appointment Date: **March 31, 2005**          Authentication Code: **5b7f**
                                              Appointment Time: **10:45 AM**
Location: **2675 PROSPERITY AVENUE, Fairfax, VA 22031; LOBBY - Room 102**

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.
- Bring with you the approval letter / Form I-797C, 2 passport-style photographs (2 if temporary card needed), and a valid, unexpired passport.
- US CIS new address is 2675 Prosperity Avenue, Fairfax, VA 22031

This is your Confirmation Number:    *WAS-05-8314*

If you wish to cancel this appointment, you will need the following Personal Identification Number:
*48344*

Thank you for using InfoPass
Return to USCIS On-Line

InfoPass

Page 1 of 1





Name: Conchita Garcia
Appointment Type: Information Question
Confirmation No.: BAL-05-13281
Appointment Date: March 31, 2005
Authentication Code: 5841
Appointment Time: 3:30 PM
Location: FALLON FEDERAL BUILDING, 31 HOPKINS PLAZA, Baltimore, MD 21201; ROOM 101

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.

This is your Confirmation Number:



*BAL-05-13281*

If you wish to cancel this appointment, you will need the following Personal Identification Number: 45530

Thank you for using InfoPass
Return to USCIS On-Line



**INFOPASS** — Your e-Ticket to Immigration Information

**Click here to print this screen**

Exhibit 5

| | |
|---|---|
| Name: | Conchita Garcia |
| Appointment Type: | ADIT Processing |
| Confirmation No.: | BAL-05-21406 |
| Appointment Date: | May 20, 2005 |
| Authentication Code: | 5841 |
| Appointment Time: | 10:00 AM |
| Location: | FALLON FEDERAL BUILDING, 31 HOPKINS PLAZA, Baltimore, MD 21201; ROOM 101 |

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.
- Bring with you the approval letter / Form I-797C, 2 passport-style photographs (2 if temporary card needed), and a valid, unexpired passport.

This is your Confirmation Number:



*BAL-05-21406*

If you wish to cancel this appointment, you will need the following Personal Identification Number:
12602

Thank you for using InfoPass
Return to USCIS On-Line

LIFE CUBA

5/5/2005

InfoPass

Exhibit 6



**Name:** Antonio L Garcia
**Appointment Type:** Speak to immigration officer
**Confirmation No.:** BAL-05-44985
**Authentication Code:** 583c
**Appointment Date:** October 17, 2005
**Appointment Time:** 8:30 AM
**Location:** FALLON FEDERAL BUILDING, 31 HOPKINS PLAZA, Baltimore, MD 21201; ROOM 101

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.
- Proof of Maryland residence is required to be serviced at this office. Please bring with you the appropriate documents to establish Maryland residency. For office closing/delay due to hazardous weather or to an unforseen emergency, please call 410 962 2338 option 5 prior to coming to the office for your appointment.

This is your Confirmation Number:


*BAL-05-44985*

If you wish to cancel this appointment, you will need the following Personal Identification Number: 02018

 **THE INTERNATIONAL BUSINESS LAW FIRM P.C.**

Attorneys: Steffanie J. Lewis (DC, Virginia), Bhupinder Pal S. Chhabra (DC, India), Albert Z. Lewis, Jr. (DC)
Of Counsel: Robert M. Price (DC, MD). R. Brooke Lewis (DC)

1915 Eye Street N.W. Suite 500
Washington, DC 20006-2118

Telephone: (202) 296-1111
Fax: (202) 296-1175
www.iblf.com

November 1, 2005

U.S. Citizenship and Immigration Services
Baltimore District Office
Fallon Federal Building
31 Hopkins Plaza
Baltimore, MD 21201

          Re: Conchita Garcia
          A#: 78699621

Dear Sir/Madam,

    Request: Mrs. Garcia requests her Permanent Residency Card.

    At Mrs. Garcia's last Infopass appointment on October 17, 2005 to inquire about receiving her Permanent Residency Card, she was informed that she was to go to the Vermont Service Center for her Biometrics to be taken. I believe there was a misunderstanding. If fingerprints are necessary, please arrange a local biometrics appointment for Mrs. Garcia in order to receive her Permanent Residency Card.

    Thank you for your time and cooperation.

Sincerely,

Steffanie J. Lewis

Exhibit 7



**Name:** Conchita Garcia
**Appointment Type:** Speak to immigration officer
**Confirmation No.:** BAL-05-47556
**Authentication Code:** 5841
**Appointment Date:** November 7, 2005
**Appointment Time:** 9:00 AM
**Location:** FALLON FEDERAL BUILDING, 31 HOPKINS PLAZA, Baltimore, MD 21201; ROOM 101

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.
- Proof of Maryland residence is required to be serviced at this office. Please bring with you the appropriate documents to establish Maryland residency. For office closing/delay due to hazardous weather or to an unforseen emergency, please call 410 962 2338 option 5 prior to coming to the office for your appointment.

This is your Confirmation Number:



*BAL-05-47556*

If you wish to cancel this appointment, you will need the following Personal Identification Number:
94862

https://infopass.uscis.gov/infopass_1_...

Exhibit 8

**U.S. Department of Justice**
Immigration and Naturalization Service

**Inquiry About Status of I-551 Alien Registration Card**

Please wait at least 60 days after entry or 90 days after adjustment before inquiring. If this form is folded at the lines in the margins, the address of the Card Facility, or the address of the applicant, will show through a standard letter size (Number 20) window envelope. All information should be typed or clearly printed, using ball point pen.

All inquiries should be forwarded to:

Immigration and Naturalization Service
Vermont Service Center
75 Lower Weldon St.
St. Albans, VT 05479

1. All blocks in Section A must be printed neatly.

2. Enclose stamped, self-addressed envelope.

**A. The person named below has not received his or her Alien Registration Card as of** *this* **date** 1/23/2006
(Please print all information.)

| 1. Alien's Registration Number (Stamped in Passport) A78 699 621 | 2. Alien's Name (Last in CAPS) GARCIA | (First) CONCHITA | (Middle) MANTO |
|---|---|---|---|
| 3. Port of Entry/Office St. Paul, Minneapolis | 4. Date of Birth 1/19/1945 | 5. Date Entry of Adjustment 11/06/2003 | 6. Alien's Inquiry Concerns: [X] Initial Card [ ] Replacement Card |

**B. This is for reply by the Vermont Service Center.**

The status of your alien Registration Card is indicated by the block checked below as of **this date** _____

☐ 1. We regret to inform you that this office has no record of having received the necessary card application. Please contact the INS office that services the area where you reside for assistance.

☐ 2. Your card is **in production** and should be mailed soon. If the card is **not received within 45 days** of the above date, please contact the immigration Card Facility again. Include a copy of this reply with you next inquiry.

☐ 3. Your card application (Form I-89) was returned to the immigration office in: _____ on _____ for corrective actions, and has not been returned to us. Please direct any further inquiries to the immigration office that services the area where you now reside and include a copy of this reply.

☐ 4. Your card was mailed _____ and **has not** been returned to this office. If you did not receive your card, you must go to the immigration office that services the area where you now reside to apply for a replacement Card. Take this correspondence with you when you apply.

☐ 5. Your card was returned to this office and remailed to a new address on _____. If you did not receive your card, you must go to the immigration office that services the area where you now reside to apply for a replacement card. Take this correspondence with you when you apply.

☐ 6. Please complete **all** items in Section A and return this correspondence to the **Vermont Service Center** at the Address provided above. (Your Alien Registration Number is an 8 digit number which may be found in your passport or other documents provided to you as proof of legal permanent residence.) All of the information is needed to conduct a complete search of our records.

☐ 7. You must complete a new application for a card at the immigration office that services the area where you now reside before the Immigration Card Facility can make the requested changes. That immigration office will then submit your application to this facility. When you apply, please take this correspondence with you.

☐ 8. Please contact your Immigration office for assistance. This facility is responsible only for the production and issuance of Alien Registration Cards **after receiving an approved application** from the Immigration and Naturalization Service office servicing your area.

☐ 9. Other: _____

**C. Please print or type applicant's name and complete address where the reply is to be sent.**

| Applicant's Name CONCHITA M. GARCIA |
|---|
| C/O Paul Shearman Allen & Associates |
| Street 1329 18th St. NW    Apt Number |
| City Washington   State DC   Zip Code 20036 |

Reminder: If you move, please make arrangements with the U.S. Postal Service to send your mail to your new address. Your card is automatically mailed to the address shown on your application.

Is this a new address? (Yes) ☐ No ☐

Form G-731V (Rev. 09/22/99) Page 2

U.S. Department of Justice  
Immigration and Naturalization Service

**Inquiry About Status of I-551 Alien Registration Card**

Please wait at least 60 days after entry or 90 days after adjustment before inquiring. If this form is folded at the lines in the margins, the address of the Card Facility, or the address of the applicant, will show through a standard letter size (Number 20) window envelope. All information should be typed or clearly printed, using ball point pen.

All inquiries should be forwarded to:

Immigration and Naturalization Service  
Vermont Service Center  
75 Lower Weldon St.  
St. Albans, VT 05479

1. All blocks in Section A must be printed neatly.
2. Enclose stamped, self-addressed envelope.

A. The person named below has not received his or her Alien Registration Card as of *this* date __1/23/2006__  
(Please print all information.)

| 1. Alien's Registration Number (Stamped in Passport) | 2. Alien's Name (Last in CAPS) | (First) | (Middle) |
|---|---|---|---|
| 95 160 482 | GARCIA | ANTONIO | LUCIDO |

| 3. Port of Entry/Office | 4. Date of Birth | 5. Date Entry of Adjustment | 6. Alien's Inquiry Concerns: |
|---|---|---|---|
| St. Paul, Minneapolis | 6/13/1941 | 11/06/2003 | [X] Initial Card  [ ] Replacement Card |

B. This is for reply by the Vermont Service Center.

The status of your alien Registration Card is indicated by the block checked below as of **this** date _____

☐ 1. We regret to inform you that this office has no record of having received the necessary card application. Please contact the INS office that services the area where you reside for assistance.

☐ 2. Your card is **in production** and should be mailed soon. If the card is **not received within 45 days** of the above date, please contact the immigration Card Facility again. Include a copy of this reply with you next inquiry.

☐ 3. Your card application (Form I-89) was returned to the immigration office in: _____ on _____ for corrective actions, and has not been returned to us. Please direct any further inquiries to the immigration office that services the area where you now reside and include a copy of this reply.

☐ 4. Your card was mailed _____ and **has not** been returned to this office. If you did not receive your card, you must go to the immigration office that services the area where you now reside to apply for a replacement Card. Take this correspondence with you when you apply.

☐ 5. Your card was returned to this office and remailed to a new address on _____. If you did not receive your card, you must go to the immigration office that services the area where you now reside to apply for a replacement card. Take this correspondence with you when you apply.

☐ 6. Please complete **all** items in Section A and return this correspondence to the **Vermont Service Center** at the Address provided above. (Your Alien Registration Number is an 8 digit number which may be found in your passport or other documents provided to you as proof of legal permanent residence.) All of the information is needed to conduct a complete search of our records.

☐ 7. You must complete a new application for a card at the immigration office that services the area where you now reside before the Immigration Card Facility can make the requested changes. That immigration office will then submit your application to this facility. When you apply, please take this correspondence with you.

☐ 8. Please contact your Immigration office for assistance. This facility is responsible only for the production and issuance of Alien Registration Cards **after receiving an approved application from the Immigration and Naturalization Service office servicing your area.**

☐ 9. Other: _____
_____
_____
_____
_____

C. Please print or type applicant's name and complete address where the reply is to be sent.

| Applicant's Name | ANTONIO L. GARCIA |
|---|---|
| C/O | Paul Shearman Allen & Associates |
| Street | 1329 18th St. NW  Apt Number |
| City Washington  State DC  Zip Code 20036 | |

Reminder: If you move, please make arrangements with the U.S. Postal Service to send your mail to your new address. Your card is automatically mailed to the address shown on your application.

Is this a new address? (Yes)  ☐ No

Form G-731V (Rev. 09/22/99) Page 2