UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONCHITA M. GARCIA**, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-0640 (ESH) |
| **MICHAEL CHERTOFF**, Secretary, Department of Homeland Security, *et al.*, | : |
| Defendants. | : |

**ORDER DIRECTING PLAINTIFF TO COMPLETE
SERVICE OF PROCESS**

Under Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve the defendant with a summons and a complaint within 120 days after the filing of the complaint. To date, the Court has no record that the defendant has been served with a summons and complaint, and the 120-day time limit is about to expire.

Accordingly, it is hereby

**ORDERED** that on or before August 7, 2006, plaintiff must either: (1) file with the Court proof that the defendant has been served with a summons and complaint, or (2) provide the Court with a written explanation for why service of process has not been completed. If plaintiff fails to comply with this order, or if the Court determines that the plaintiff has not shown good cause for the failure to comply with Rule 4(m), this case will be dismissed without prejudice.

**SO ORDERED.**

                                                    s/
                                   ELLEN SEGAL HUVELLE
                                   United States District Judge

DATE: July 18, 2006