RECEIVED
JUL 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Conchita M. Garcia, et al
    Plaintiffs,

v.

Michael Chertoff, Secretary
Department of Homeland Security, et al
    Defendants

Civil action
No. 06-0640 (ESH)

## AFFIDAVIT OF SERVICE

I, ELISA B. LACERONA, mailed the summons and complaints registered mail to the following Defendants: (see attached)

Elisa B. Lacerona
ELISA B. LACERONA
Paul Shearman Allen & Assoc.
1329 18th St. NW
Washington, DC 20036
ph. 202 638 2777



UNITED STATES POSTAL SERVICE

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1160 0004 8658 2666**
Status: **Delivered**

Your item was delivered at 10:53 am on April 12, 2006 in WASHINGTON, DC 20528. The item was signed for by I MCCOY. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)    ( Return to USPS.com Home > )

POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy





**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: *Phyllis Howard*
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7004 1160 0004 8658 2642

PS Form 3800, June 2002            See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Phyllis Howard
   District Director
   U.S. Citizenship and
   Immigration Services
   2675 Prosperity Avenue
   Fairfax, VA 22031

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

   APR 10 2006

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7004 1160 0004 8658 2642

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7004 1160 0004 8658 2666
Status: **Delivered**

Your item was delivered at 10:53 am on April 12, 2006 in WASHINGTON, DC 20528. The item was signed for by I MCCOY. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

Restore Offline Details >   (?)    Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

POSTAL INSPECTORS     site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust                   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do         7/20/2006

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Reciept Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: US attorney
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002        See Reverse for Instructions

7004 1160 0004 8658 2635

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States Attorney
   U.S. Attorney's Office
   555 4th St. NW
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from sen.)   7004 1160 0004 8658 2635

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: *Richard Caterisano*
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7004 1160 0004 8658 2659

PS Form 3800, June 2002          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Richard Caterisano
   District Director, USCIS
   31 Hopkins Plaza
   Baltimore, MD 21201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _(signed)_           ☐ Agent  ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7004 1160 0004 8658 2659

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540