UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONCHITA M. GARCIA,** ) <br> **ANTONIO L. GARCIA,** ) <br> ) <br> **Petitioners,** ) <br> ) <br> v. ) <br> ) <br> **MICHAEL CHERTOFF, SECRETARY,** ) <br> **Department of Homeland Security,** *et al.* ) <br> ) <br> **Respondents.** ) <br> _____ ) | Civil Action No. 06-0640 (ESH) |

**ORDER**

Upon consideration of Respondents' Motion to Establish Time of Service or for an Extension of Time to File an Answer or Other Response to the Petition for Writ of Mandamus, and the entire record of this case, it is hereby

[ORDERED that Petitioners are hereby ordered to effect service of process and provide proof thereof within thirty (30) days of the docketing of this order.]

[ORDERED that Respondents' Motion to Establish Time of Service is GRANTED and that the petition in this case will be deemed properly served on July 25, 2006.]

[ORDERED that Respondents' motion for an extension of time to respond to the Petition for a Writ of Mandamus is hereby GRANTED, and Respondents shall have up to and including September 25, 2006, to answer or otherwise respond to the Petition for a Writ of Mandamus.

Date this _____ day of _____, 2006.

_____
United States District Judge

cc:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530

Paul S. Allen, Esquire
Paul Shearman Allen & Associates
1329 18th Street, N.W.
Washington, D.C.  20036