UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONCHITA M. GARCIA,**<br>**ANTONIO L. GARCIA,**<br><br>Petitioners,<br><br>v.<br><br>**MICHAEL CHERTOFF, SECRETARY,**<br>**Department of Homeland Security,** *et al.*<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-0640 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

**RESPONDENTS' UNOPPOSED MOTION FOR AN EXTENSION
OF TIME TO FILE AN ANSWER OR OTHER RESPONSE
TO THE PETITION FOR WRIT OF MANDAMUS**

The Respondents, through counsel, the United States Attorney for the District of Columbia, respectfully move, pursuant to Fed. R. Civ. P. 6(b), for an extension of time to respond to the Petition for a Writ of Mandamus from September 22, 2006, up to and including October 24, 2006. Counsel for the Petitioners, Paul Sherman Allen, Esquire, has indicated that Petitioners do not oppose the motion. As grounds for this motion, the Respondents submit the following.

After consulting with the Department of Homeland Security, U.S. Citizenship and Immigration Service (USCIS), Counsel for the Respondents has determined that the purpose of this lawsuit, the processing of Petitioners' applications, could be accomplished without litigation, thus mooting this lawsuit. While initial indications are positive, USCIS needs additional time to make a definitive determination whether the applications of both Petitioners can be processed and, if so, whether they can be processed expeditiously. Accordingly, Respondents seek an additional thirty days from the current due date of September 22, 2006, up to and including October 24, 2006, to file

an answer or other response to the Petition for a Writ of Mandamus in this case.  Respondents are hopeful that the case can be resolved in this period.

    WHEREFORE, Respondents respectfully submit that this Motion for an Extension of Time to File an Answer or Other Response to the Petition for Writ of Mandamus, from September 22, 2006, up to and including October 24, 2006, should be granted.

                        Respectfully submitted,

                        KENNETH L. WAINSTEIN
                        UNITED STATES ATTORNEY
                        D.C. BAR NUMBER 451-058

By:                 /s/                
        OLIVER W. MCDANIEL, D.C. Bar No. 377-360
        Assistant United States Attorney
        Civil Division
        555 4th Street, N.W.
        Washington, D.C.  20530
        (202) 616-0739

September 20, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of September, 2006, I caused the foregoing Respondents' Motion for an Extension of Time to File an Answer or Other Response to the Petition for Writ of Mandamus, and proposed Order, to be served on Petitioner's Counsel, by the Electronic Case Filing system, or, if this means fails, then by mail, postage prepaid, addressed as follows:

Paul S. Allen, Esquire
Paul Sherman Allen & Associates
1329 18th Street, N.W.
Washington, D.C. 20036

/s/
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-0739