UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONCHITA M. GARCIA,** ) <br> **ANTONIO L. GARCIA,** ) <br> ) <br>     **Petitioners,** ) <br> ) <br>     v. ) <br> ) <br> **MICHAEL CHERTOFF, SECRETARY,** ) <br> **Department of Homeland Security,** *et al.* ) <br> ) <br>     **Respondents.** ) <br> _____) | **Civil Action No. 06-0640 (ESH)** |

## ORDER

Upon consideration of Respondents' Motion for an Extension of Time to File an Answer or Other Response to the Petition for Writ of Mandamus, and the entire record of this case, it is hereby

ORDERED that Respondents' motion for an extension of time to respond to the Petition for a Writ of Mandamus is hereby GRANTED, and Respondents shall have up to and including October 24, 2006, to answer or otherwise respond to the Petition for a Writ of Mandamus.

Date this _____ day of _____, 2006.


_____
United States District Judge

cc:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Paul S. Allen, Esquire
Paul Sherman Allen & Associates
1329 18th Street, N.W.
Washington, D.C. 20036