UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONCHITA M. GARCIA,<br>ANTONIO L. GARCIA,<br><br>      Petitioners,<br><br>      v.<br><br>MICHAEL CHERTOFF, SECRETARY,<br>Department of Homeland Security, *et al*.<br><br>      Respondents. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0640 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

## RESPONDENTS' ANSWER

The Respondents, through counsel, the United States Attorney for the District of Columbia, answer the Petition for A Writ of Mandamus, Declaratory Judgment, and Injunctive Relief for Withholding of Form I-551 Alien Registration Receipt Card (Greencard) as follows:

### FIRST DEFENSE

Petitioners fail to state a claim upon which relief may be granted.

### SECOND DEFENSE

Respondents' actions in connection with any claim set forth in this case were in full compliance with law and regulation.

### Third Defense

To the extent that an allegation is not admitted, it is denied. The following paragraphs respond to the numbered paragraphs of the Complaint.

## PRELIMINARY STATEMENTS

1.   As to the first sentence, Respondents can only admit that on November 6, 2003, the Forms I-485 (Permanent Residence) and I-181 (Memorandum for Creation of Record for Lawful Permanent Residence) were stamped approved both for Petitioners Antonio Garcia and Conchita Garcia. Respondents have insufficient information to confirm or deny whether this approval took place in connection with an interview. As to the second sentence, Respondents have insufficient information to confirm or deny whether Petitioners waited two and a half years, but admit that Petitioners have not been issued permanent residency cards (greencards). Respondents have insufficient information to confirm or deny whether Petitioners made "numerous follow-ups" with the U.S. Citizenship and Immigration Service (USCIS). To the extent that a certain response is required, the allegations of this paragraph are denied.

### I.   JURISDICTION

2.   The allegations of this paragraph constitute conclusions of law to which a response is not required. To the extent that the content of this paragraph is deemed to constitute allegations of fact, they are denied.

### II.   VENUE

3.   The allegations of this paragraph constitute conclusions of law to which a response is not required. To the extent that the content of this paragraph is deemed to constitute allegations of fact, they are denied.

4.   The allegations of this paragraph constitute conclusions of law to which a response is not required. To the extent that the content of this paragraph is deemed to constitute allegations of fact, they are denied.

### III.  EXHAUSTION OF REMEDIES

5. The allegations of the first sentence of this paragraph constitute conclusions of law to which a response is not required. Concerning the second sentence and part of the fourth sentence, Respondents have insufficient information concerning the number or subject of any inquiries made by Petitioners or what information they may have provided. To the extent that a certain response is required, the content of this paragraph is denied. Concerning the third sentence and the remainder of the fourth sentence, Respondents deny that Petitioners' greencard applications were approved or that Petitioners should have received greencards in the mail.

### IV.  PARTIES

6. Admit, except that Respondents have insufficient information to confirm or deny where Petitioners reside or the nature of any employment in which they may be involved. To the extent that a certain response is required, the allegations of this paragraph are denied.

7. Admit.

8. Admit.

9. Admit.

### V.  STATEMENT OF FACTS

10. Respondents have insufficient information to confirm or deny the accuracy of the allegations of this paragraph. To the extent that a certain response is required, Respondents deny the allegations of this paragraph.

11. Respondents have insufficient information to confirm or deny the accuracy of the allegations of this paragraph. To the extent that a certain response is required, Respondents deny the allegations of this paragraph.

12.     Denied.

13-21.  Respondents have insufficient information to confirm or deny the accuracy of the allegations of these paragraphs, except that Respondents admit that Petitioners have not received greencards. To the extent that certain responses are required, Respondents deny the allegations of these paragraphs.

22.     Denied.

## VII.  CONCLUSION

The remaining allegations of the Petition for A Writ of Mandamus, Declaratory Judgment, and Injunctive Relief for Withholding of Form I-551 Alien Registration Receipt Card (Greencard) contain Petitioners' request for relief to which an answer is not required. Respondents deny that Petitioners are entitled to the relief requested or to any relief whatsoever.

All allegations of the Petition for Writ of Mandamus Relief to which Respondents have not heretofore lodged a specific response, if any, are hereby denied.

WHEREFORE, Respondents demand as follows:

1. Judgment in their favor and against Petitioners;

2. For all costs incurred herein; and

3. For any and all relief to which they may appear to be entitled.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of October, 2006, I caused the foregoing Answer to be served on Counsel for the Petitioners by the Electronic Case Filing system, or, if this means fails, then by first-class mail, postage prepaid, addressed as follows:

Paul S. Allen, Esquire,
Paul, Shearman, Allen & Associates
1329 18th Street, N.W.
Washington, D.C.  20036

/s/
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739