UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONCHITA M. GARCIA**, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 06-0640 (ESH) ) |
| **MICHAEL CHERTOFF**, Secretary, Department of Homeland Security, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

The Court having been advised by counsel that the parties have reached a settlement of this action, it is hereby

**ORDERED** that this case is **DISMISSED**. The dismissal shall be without prejudice for a period of 45 days from the date of this Order. If settlement is not consummated within that 45-day period, the parties may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed with prejudice.

**SO ORDERED.**

                                     /s/
                             ELLEN SEGAL HUVELLE
                             United States District Judge

Date: November 8, 2006