UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONCHITA M. GARCIA,<br>ANTONIO L. GARCIA,<br><br>                    Petitioners,<br><br>          v.<br><br>MICHAEL CHERTOFF, SECRETARY,<br>Department of Homeland Security, *et al.*<br><br>                    Respondents. | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 06-0640 (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

The Parties, through counsel, respectfully notify the Court that the settlement of this matter

has been consummated. The U.S. Citizenship and Immigration Service (USCIS) has provided

Petitioners, Conchita and Antonio Garcia, with "green cards." Consequently, Petitioners have

agreed to a voluntary dismissal of this case, with prejudice, which has already been entered by the

Court. Petitioners will not move to set aside the dismissal or reinstate the Petition filed in this

matter. Further, the parties will bear their own fees and costs, and Petitioners are not entitled to seek

reimbursement from the government for any fees or costs.

Respectfully Submitted,

Paul S. Allen, Esquire
D.C. Bar No. 167940
Paul Shearman Allen & Associates
1329 18th Street, N.W.
Washington, D.C. 20036
Telephone: (202) 638-2777
Facsimile: (202) 638-1677

JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

OLIVER W. McDANIEL, D.C. Bar #377-360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-0739

January 24, 2007